

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

kbrady@seyfarth.com
T (212) 218-5592

www.seyfarth.com

December 13, 2021

**VIA ECF**

Hon. Arlene R. Lindsay
United States Magistrate Judge
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

Re:  Eduardo (Yhaeelly) Galvez Giocochea v. Suffolk Regional Off-Track Betting Corp., et al; Case No.: 2:21-cv-01330-GRB-AKT

Dear Judge Lindsay:

Our Firm represents Defendant Delaware North Gaming Management in Suffolk LLC d/b/a Jake's 58 Casino Hotel ("Delaware North") in the referenced action. We write with the consent of Plaintiff's counsel, Brendan Chao, and co-Defendants' counsel, Edward E. Warnke and Francis James Giambalvo, to respectfully request a referral to Court-Annexed Mediation with the Eastern District of New York mediation panel and with a mediator experienced in employment discrimination, retaliation, and hostile work environment matters under federal and New York state laws.

The parties further request that their submission of the Rule 26(f) Report, due December 14, 2021 (ECF No. 38), be held in abeyance pending the outcome of the mediation.

Thank you for your time and attention to this request.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Kevin R. Brady*

Kevin R. Brady

cc:  Brendan Chao, Esq.
     Robert T. Szyba, Esq.
     Edward E. Warnke, Esq.
     Francis James Giambalvo, Esq.